# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4703
_____

DENNIS JONES,

Appellant,

v.

NEIGHBORHOOD HOUSING AND
DEVELOPMENT CORPORATION,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

August 1, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas McDermott of Law Office of Thomas McDermott, LLC, Gainesville, for Appellant.

Stephanie Marusak Marchman of GrayRobinson, P.A., Gainesville; and Virginia E. Griffis of Scruggs, Carmichael & Wershow, P.A., Gainesville, for Appellee.